## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANK OF AMERICA, N.A., | * |
| Plaintiff, | * |
| v. | *    Case No. 1:10-cv-0091 |
| |      Hon. Rosemary M. Collyer |
| MOTOR VESSEL LIONS PAW | * |
| her engines, tackle, apparel, etc., | |
| Official No. 280977, *in rem*, | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION AND ORDER STAYING PROCEEDINGS
### PENDING COMPLIANCE WITH SETTLEMENT AGREEMENT

The undersigned Plaintiff Bank of America, N.A. and the owner of the Vessel named as Defendant herein, Marc I. Teren (the "Vessel Owner"), hereby stipulate and agree to stay this proceeding through a date not later than October 10, 2010, to allow Vessel Owner to comply with the terms and conditions of a settlement agreement entered into between Plaintiff and the Vessel Owner, and hereby request that this Court approve their request by entering the instant Stipulation as an order of this Court.

It is further stipulated and agreed that upon the Plaintiff's written certification to this Court that a default has occurred under the settlement letter agreement attached hereto as Exhibit "A" and incorporated by reference herein, which certification shall recite and confirm that notice of such default has been provided to the Vessel Owner by electronic mail, and the expiration of ten (10) days following the filing of such certification, the stipulated stay of this proceeding shall be lifted and the Plaintiff shall have the right to continue its *in rem* action against Vessel pursuant to the Preferred Ship

Mortgage described in the Verified Complaint and in accordance with the January 22, 2010 Orders of this Court in such regard.

It is further stipulated and agreed that inasmuch as no arrest of the M/V LIONS PAW has yet occurred as a result of this action arising out of the Preferred Ship Mortgage described in the Verified Complaint, all of the Plaintiff's rights, *in rem* against the M/V LION PAW and otherwise, are preserved without waiver or detriment until such arrest occurs or this action is dismissed.

[Text of Stipulation and Order Continues on Following Page – Remainder of This Page Left Intentionally Blank]

The stay provided for herein, unless sooner terminated pursuant to the terms set forth above, shall expire on its own terms on October 10, 2010, which is the date ten (10) days after the final payment is due pursuant to Exhibit A.

**STIPULATED AND AGREED** this ___ day of _February_ 2010:

Nikolaus F. Schandlbauer
(Unified Bar No. 434314)
Michael A. Hass
(Unified Bar No. 985620)
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., 5th Floor
Washington, D.C. 20005
Phone No. (202) 408-8400
**Attorneys for Bank of America, N.A.**

Marc I. Teren
2700 O Street, N.W.
Washington, D.C. 20007
marc.teren@equityrg.com
**Owner of vessel LIONS PAW**
**Pro Se**

**SO ORDERED AND APPROVED** this ___ day of _February_, 2010

Rosemary M. Collyer,
United States District Judge